174

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MELVIN HORTON, Defendant-Appellant.

(No. 60177;

First District (2nd Division)—April 22, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Harold A. Cowen and James M. Sammons, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Frank Parkerson, and Paul B. Linton, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD JONES *et al.*, Defendants-Appellants.

(Nos. 58998-99 cons.;

First District (4th Division)—April 23, 1975.

James J. Doherty, Public Defender, of Chicago (Dorothea Kaplan, Richard D. Kharas, and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellants.